■ WALTER C. NICKEL, Respondent, v OTSELIC VALLEY CENTRAL SCHOOL,

Appellant.—Appeal from an order of the Supreme Court at Special Term, entered August 23, 1977 in Chenango County, which denied defendant's motion for summary judgment on the ground that plaintiff had not complied with the notice provisions of section 3813 of the Education Law. Order affirmed, with costs. No opinion. Greenblott, J. P., Sweeney, Staley, Jr., Main and Mikoll, JJ., concur.